IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DANNY PETTIT     PLAINTIFF

VS.     CIVIL ACTION NO. 4:08cv79-JCS

WARDEN DALE CASKEY, et al.     DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion and order, judgment is entered in favor of Defendants, and Plaintiff's claims are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 9th day of October, 2009.

    /s/ James C. Sumner
    UNITED STATES MAGISTRATE JUDGE